UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                  :

HELEN SWARTZ,                    :

                   Plaintiff,     :

                           :            25-cv-1162 (VSB)

        -against-        :

                           :           **<u>ORDER</u>**

CHELSEA GRAND LLC, *et al.*,    :

                           :

                Defendants.  :

                           :
------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on February 10, 2025, (Doc. 1), and filed an affidavit of service

on March 21, 2025, (Doc. 8).  The deadline for Defendant Chelsea Grand, LLC to respond to

Plaintiff's complaint was March 20, 2025.  The deadline for Defendant Chelsea Grand West

LLC to respond to Plaintiff's complaint was March 24, 2025.  To date, Defendants have not

appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this

case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in

accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than

April 14, 2025.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute

this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41(b).

SO ORDERED.

Dated:     March 25, 2025
            New York, New York

                                   VERNON S. BRODERICK
                                   United States District Judge