UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
             :
HELEN SWARTZ,                          :
             :
          Plaintiff,    :
             :          25-cv-1162 (VSB)
        -against-         :
             :          **ORDER**
CHELSEA GRAND LLC, *et al.*,      :
             :
         Defendants.  :
             :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On July 2, 2025, Defendants filed a letter motion, which included three exhibits. (Doc. 23.) That same day, Document 23 was temporarily placed under seal by the Mediation Unit because it contained communications with the Mediator. The Document should not be placed under seal such that counsel of record do not have access to it. Accordingly, it is hereby:

ORDERED that Document 23 is unsealed, but with restricted access so that it is available only to the Court and to counsel of record.

The Clerk of Court is respectfully directed to change the access restrictions for Document 23 so that it is viewable only to the Court and to counsel (but not to the public).

SO ORDERED.

Dated:    July 9, 2025
            New York, New York

                                                _____
                                                VERNON S. BRODERICK
                                                United States District Judge