```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN SWARTZ,                                               :
                                                            :
                              Plaintiff,                    :   25-CV-1162 (VSB) (RWL)
                                                            :
         - against -                                        :
                                                            :          ORDER
CHELSEA GRAND WEST LLC, and                                 :
CHELSEA GRAND, LLC,                                         :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the case management conference held via Microsoft Teams on July 10, 2025:

1. Defendant's letter motion to compel enforcement of settlement at Dkt. 23 is denied for the reasons stated on the record.

2. Plaintiff's letter motion to compel discovery at Dkt. 27 is denied without prejudice to renew in light of Defendant's intervening response.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 23 and 27.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2025
    New York, New York

Copies transmitted this date to all counsel of record.

1