```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HELEN SWARTZ,                                    :
                                                 :
                          Plaintiff,             :     25-CV-1162 (VSB) (RWL)
                                                 :
         - against -                             :
                                                 :     ORDER
CHELSEA GRAND WEST LLC, and                      :
CHELSEA GRAND, LLC,                              :
                                                 :
                          Defendants.            :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 2, 2025, Defendants filed a letter motion, which was placed under temporary seal by the Mediation Unit because it contained confidential settlement communications. (Dkt. 23.) On July 9, 2025, the Honorable Vernon S. Broderick issued an order directing the seal to be modified such that the letter motion is viewable only by the Court and counsel of record. (Dkt. 28.) The same day, Plaintiff filed a response, attaching seven exhibits, which similarly was placed under temporary seal by the Mediation Unit for the same reason as Defendants' letter motion. (Dkt. 26.) Plaintiff's response, too, should not be placed under seal such that counsel of record cannot view it.

Accordingly, it is hereby ORDERED that Dkt. 26 is unsealed but access is restricted such that the Court and counsel of record can view it, but the public cannot. The Clerk of Court is respectfully directed to modify the access restrictions for Dkt. 26 accordingly.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2025
   New York, New York

Copies transmitted this date to all counsel of record.