

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

July 21, 2025

<u>Via ECF; Total Pages: 1</u>
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: Helen Swartz v. Chelsea Grand West LLC et al
     Docket No.: 1:25-cv-01162
     **Notice of Settlement**

Dear Judge Lehrburger:

 This office represents Defendants in the above referenced matter. The parties have reached a settlement through mediation, and we are circulating a settlement agreement for signature.

 Thank you for your kind consideration and courtesies.

            Respectfully submitted,

            *Michael K. Chong*

            Michael K. Chong, Esq.

MKC/
cc: Plaintiff's counsel (Via ECF)
   Mediator