UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
HELEN SWARTZ,                                           :
                                                        :
                              Plaintiff,                :
                                                        :         25-CV-1162 (VSB) (RWL)
                   -against-                            :
                                                        :         **ORDER**
CHELSEA GRAND LLC, *et al.*,                            :
                                                        :
                              Defendants.               :
                                                        :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 21, 2025, I denied Plaintiff's motion to reopen this case, dismiss with

prejudice, and for this Court to retain jurisdiction to enforce the parties' settlement agreement,

and stated that I "will not retain jurisdiction to enforce confidential settlement agreements."

(Doc. 37.)  On August 27, 2025, Plaintiff filed a similar motion without attaching a copy of the

settlement agreement.  (Doc. 39.)  On August 28, 2025, Plaintiff filed a similar motion, this time

attaching a copy of the settlement agreement.  (Doc. 40.)  On August 29, 2025, I denied

Plaintiff's August 27 request and granted her August 28 request.  (Doc. 43.)

On August 29, 2025, Defendants filed a letter motion to (1) seal the confidential

settlement agreement, (Documents 40 and 42), and (2) sanction Plaintiff and her counsel for

publicly filing the agreement despite the agreement's confidentiality provision.  (Doc. 44.)  That

same day, Plaintiff responded, arguing that my previous Order dated August 21, 2025 required

the parties' to publicly file the terms of the agreement.  (Doc. 45.)

I agree with Plaintiff.  I had previously stated that I will not retain jurisdiction to enforce

confidential settlement agreements.  (Doc. 37.)  The parties could have publicly filed either

(1) the entire agreement or (2) the relevant terms of the agreement in a stipulation.  (*Id.*)  The

parties could not agree on the latter, and Plaintiff therefore chose the former.  Accordingly, it is hereby:

ORDERED that Defendants' letter motion to seal the settlement agreement and for sanctions is DENIED without prejudice.[1]  If the parties can agree to a stipulation of dismissal with the relevant terms of the settlement agreement, the parties should file one and Defendants are free to file a motion to seal the settlement agreements that were filed in this action.

The Clerk of Court is respectfully directed to terminate Document 42 and Document 44.


SO ORDERED.

Dated:     September 2, 2025
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge

---

[1] On August 29, 2025, Plaintiff filed another letter motion to dismiss this case with prejudice and to retain jurisdiction to enforce the agreement.  (Doc. 42.)  Because I had already granted the request, (Doc. 43), the August 29 motion is DENIED as moot.